\\\DC-034088/000001-2847462v1
C-1127186v1 20818.00011

\\\DC-034088/000001-2847462v1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:08-CV-00544 FDW-CH

| | |
|---|---|
| **DISABLED PATRIOTS OF AMERICA, INC.**, a Florida Not-for-Profit Corporation, and **OWEN HARTY**, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>**WEA EASTRIDGE, LP**, a Delaware Limited Partnership, doing business as Westfield Eastridge Shopping Center,<br><br>Defendant. | **ORDER<br>GRANTING ADMISSION OF<br>BRIAN C. BLAIR TO PRACTICE<br>*PRO HAC VICE*** |

**THIS CAUSE** having come before the Court on Motion of local counsel for Defendant WEA Eastridge, LP for admission *pro hac vice* of Brian C. Blair, and it appearing to the Court under Local Rule 83.1(D)(1) that Mr. Blair should be admitted *pro hac vice* as representing Defendant WEA Eastridge, LP.

**IT IS THEREFORE ORDERED** that the motion is granted and that Brian C. Blair is admitted to practice before this Court *pro hac vice*.

All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: March 31, 2009

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge